# United States District Court

_____ DISTRICT OF _____

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

V.

Walton Systems International, Inc.
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 CV 12323 RGS**

TO: (Name and address of defendant)

Walton Systems International, Inc.
201 Marginal Street
Chelsea, MA  02150

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  NOV 20 2003



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.                                                    May 3, 2004

I hereby certify and return that on 2/26/2004 at 9:47:00 AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Rita Walton, owner, agent, person in charge at the time of service for Walton Systems International Inc, at , 201 Marginal Street, Chelsea, MA 02150. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($2.40), Travel ($5.12), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $48.52

Deputy Sheriff   Arthur Isberg

_____
Deputy Sheriff