UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 03CV12323 RGS
Magistrate Judge Bowler

WILLIAM RYAN and JOHN J. SHAUGHNESSY,  )
As they are TRUSTEES, INTERNATIONAL UNION  )
OF OPERATING ENGINEERS, ET AL,  )
    Plaintiffs  )
                              ) DEFENDANT'S MOTION
v.                           ) TO SET ASIDE DEFAULT
                            ) AND ANSWER LATE
WALTON SYSTEMS INTERNATIONAL, INC.,  )
    Defendant  )
                            )

Defendant Walton Systems International, Inc. moves the court in accordance with FRCP 55 ( c), to set aside the entry of default under FRCP 55(a) dated July 20, 2004 and for leave to file the accompanying answer late, and for good cause assigns the following reasons:

1. An officer of the defendant corporation was conducting a dialog with plaintiff's counsel about its delinquent contributions to the employee welfare benefit plan prior to and after service of the summons and complaint upon the defendant corporation.

2. The officer of the defendant corporation informed plaintiff's counsel that defendant corporation was having financial problems because (1) general contractor L-MAC. LLC went into receivership almost simultaneously with defendant obtaining judgment against L-MAC, LLC in the amount of $207, 919.47 (Chelsea District Court, Civil Actions Nos. 014CV1250 and 0214CV134) which amount is the subject of an inter pleader action pending in Suffolk Superior Court No. 01-03365 entitled, *NationsRent USA, Inc. v. LMac LLC, a/k/a LMac, Inc.* and, (2) another general contractor owes about $175, 000.00 to defendant.

3. Defendant's officer told plaintiff's counsel about the two delinquent accounts

receivable and plaintiff's counsel said the situation was well known and plaintiff would take no action against defendant even after starting suit and serving defendant until defendant was notified.

4. Defendant corporation did not give the summons and complaint to its attorney, and is now requesting this court for leave to file an answer late and remove the default so defendant can cooperate with plaintiff to obtain the delinquent funds from the aforesaid corporations to pay plaintiff.

5. Plaintiff's counsel stated that plaintiff will not oppose this motion.

Walton Systems International, Inc.
Defendant
By its attorney,

_____
Edmund M. Hurley
BBO #245320
15 Court Square, # 320
Boston, MA 02108-2503
(617) 248-0240

Certificate of Service

I hereby certify that a true copy of the above Motion To Set Aside Default was served upon plaintiff's attorney by mail on July 26, 2004 as follows:
Anne R. Sills, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

_____
Edmund M. Hurley