UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 03CV12323 RGS
Magistrate Judge Bowler

WILLIAM RYAN and JOHN J. SHAUGHNESSY, )
As they are TRUSTEES, INTERNATIONAL UNION )
OF OPERATING ENGINEERS, ET AL, )
          Plaintiffs )
     ) DEFENDANT'S ANSWER
v. )
 )
WALTON SYSTEMS INTERNATIONAL, INC., )
          Defendant )
 )

Defendant Walton Systems International, Inc. hereby answers the complaint as follows:

1. Admit.

2. Admit.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 3 of the complaint.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 4 of the complaint.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 5 of the complaint.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 6 of the complaint.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 7 of the complaint.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Admit.

13. Defendant repeats, re-alleges, and incorporates herein its answers to paragraphs 1 through 12 above.

14. Admit.

15. Admit, but further answering, says it has not received payment for the work performed by its employees from two contractors in particular, namely L-MAC, Ltd. and Modern Continental, making it extremely difficult to plaintiff.

16. Admit, but further answering, says it has not received payment for the work performed by its employees from two contractors in particular, namely L-MAC, Ltd. and Modern Continental, making it extremely difficult to pay plaintiff.

17. Deny.

18. Deny.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 19 of the complaint.

20. Defendant repeats, re-alleges, and incorporates herein its answers to paragraphs 1 through 19 above.

21. Deny.

Walton Systems International, Inc.
Defendant
By its attorney,

_____
Edmund M. Hurley
BBO#245320
15 Court Square, Suite 320
Boston, MA 02108-2503
(617) 248-0240

### Certificate of Service

I hereby certify that a true copy of the above Answer was served upon plaintiff's attorney by mail on July 26, 2004 as follows:

Anne R. Sills, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

_____
Edmund M. Hurley