## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs | C.A. No. 03-12323 RGS |
| vs. | |
| WALTON SYSTEMS INTERNATIONAL, INC., Defendant | |

### RULE 16.1 (D) JOINT STATEMENT

The parties respectfully submit this Joint Statement in accordance with this Court's Order dated August 2, 2004 and Local Rule 16.1 (D).

**I.    DISPUTED ISSUES**

1.    What is the extent of defendant Walton Systems International Inc.'s liability to the Plaintiff Funds?

**II.    PROPOSED PRE-TRIAL SCHEDULE**

The parties propose the following deadlines in this matter:

Fact discovery deadline:                                    December 1, 2004

Expert discovery deadline (if necessary):    March 1, 2005

Amendments to pleadings due:      December 1, 2004

Dispositive Motions/ Summary
Judgment filed and served by:      February 15, 2005

## III.   **OTHER ELEMENTS**

A.   The parties agree that a final pretrial conference shall be scheduled after all discovery is complete and a decision is rendered on summary judgment motion(s).

B.   The parties do not consent to a trial by a magistrate judge.

C.   A signed facsimile of the Plaintiffs' Certification is enclosed herewith, with the original signed copy of said document to be provided on or before the date of the Scheduling Conference. Further, Defendant's counsel will provide a copy of the Defendant's Certification on the day of the Scheduling Conference.

D.   Plaintiffs presented a written settlement proposal to Walton Systems International, Inc., and defense counsel will have conferred with their client on the subject of settlement prior to the scheduling conference and will be prepared to respond to the proposal at the scheduling conference.

E.   Defendant has attached to this Joint Statement a letter dated August 18, 2004, containing its initial assessment of the amounts in fringe benefit contributions owed to Plaintiff Funds for each of the months between March and July, 2004. Plaintiffs have not yet had the opportunity to independently verify the validity of Defendant's figures, such as by an audit, as the underlying remittance reports were submitted to Plaintiffs within the past week. However, Plaintiffs note that these figures fail to include interest, liquidated damages, and attorneys' fees and costs,

all of which Plaintiffs are entitled to receive under Section 1132(g) of the

Employee Retirement Income Security Act ("ERISA").

Respectfully submitted,

The Plaintiffs,
By their attorneys,

Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Walton Systems International, Inc.
By their attorney,

Edmund M. Hurley, Esquire
BBO #245320
15 Court Square, #320
Boston, MA 02108
(617) 248-0240

Dated: August 26, 2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above plaintiffs' Rule 16.1 (D) Joint Statement has been served by first class mail upon the defendant's attorney Edmund M. Hurley at 15 Court Square, #320, Boston, Massachusetts 02108 this 26 day of August, 2004.

Gregory A. Geiman, Esquire

ARS/gag&wld
3118 03-116/rule161.doc

3

**EDMUND M. HURLEY**
**Attorney at Law**
**15 Court Square, Suite 320**
**Boston, Massachusetts 02108-2503**
**(617) 248-0240**
**(617) 227-5731 facsimile**
**edhurleyatty@verizon.net**

August 18, 2004

Gregory A. Geiman, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA 02108

RE: William Ryan and John J. Shaughnessy, Trustees, et al
VS: Walton Systems International, Inc.
    U.S. District Court
    No. 03CV12323

Dear Mr. Geiman:

In response to your written settlement proposal under Local Rule 16.1, please find enclosed the Reports filed by Walton Systems International, Inc. which show that the following amounts of payments are owed to Local 4:

(Prior to March, 2004: paid in full.)
For March, 2004, due as of April 10, 2004: $11,498.09
For April, 2004, due as of May 10, 2004:    $7,365.20
For May, 2004, due as of June 10, 2004:     $7,408.54
For June, 2004, due as of July 10, 2004:    $4,099.81
For July, 2004, due as of August 10, 2004: $11,224.37
                         Total owed: $41,596.01

This means that the $37,371.32 requested in the Complaint filed November 20, 2003 has been paid in full. Walton Systems International, Inc., as a rule, makes the monthly payments with the monthly reports. However, as the president of Walton has told your associate, attorney Anne Sills, payments from contractors have been very slow.

Walton Systems International, Inc. has not authorized me to state how much will be paid prior to the September 1, 2004 pre-trial, but some payment will be made in the near future. $15,000.00 was paid by Walton Systems International, Inc. on March 9, 2004. $6,800 was paid in June, 2004; $10,200 in July, 2004; and $13,000 this month. Walton's best effort to clean this up depends on some contractors who are presently in dire financial condition to honor some sizeable obligations to sub-contractors like Walton Systems International, Inc.

Very truly yours,

Edmund M. Hurley

Enclosures

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
        Plaintiffs

C.A. No. 03-12323 RGS

vs.

WALTON SYSTEMS INTERNATIONAL, INC.,
        Defend

## CERTIFICATION

Plaintiffs and their counsel certify herein that they have conferred

(a)    with a view to establishing a budget for the costs of conducting the full
       course — and various alternative courses — for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative
       dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

WILLIAM RYAN and JOHN J.
SHAUGHNESSY, as they are TRUSTEES,
INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 4
HEALTH AND WELFARE FUND, et al,

By their attorneys,

Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

WILLIAM RYAN and JOHN J.
SHAUGHNESSY, as they are TRUSTEES,
INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 4
HEALTH AND WELFARE FUND, et al,

By their Administrator,

Gina M. Alongi

Dated: August 8/24/2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above plaintiffs' Certification has been served by first class mail upon the defendant's attorney Edmund M. Hurley at 15 Court Square, #320, Boston, Massachusetts 02108 this 26 day of August, 2004.

Gregory A. Geiman, Esquire

ARS/ars&wld
31 15 03-116/certific.doc

2