UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>WALTON SYSTEMS INTERNATIONAL, INC., Defend | C.A. No. 03-12323 RGS |

## CERTIFICATION

Plaintiffs and their counsel certify herein that they have conferred

(a)   with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses --- for the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

*[signature]*
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their Administrator,

*[signature]*
Gina M. Alongi

Dated: August ___, 2004

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above plaintiffs' Certification has been served by first class mail upon the defendant's attorney Edmund M. Hurley at 15 Court Square, #320, Boston, Massachusetts 02108 this 30 day of August, 2004.

*[signature]*
Gregory A. Geiman, Esquire

ARS/ars&wld
3118 03-116/certific.doc

2