UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

vs.

WALTON SYSTEMS INTERNATIONAL, INC.,
Defendant

C.A. No. 03-12323 RGS

## STATUS REPORT

Pursuant to this Court's September 1, 2004 Order at the Scheduling Conference for this matter, Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al and Defendant Walton Systems International, Inc. jointly submit this Status Report:

1. Defendant has remitted fringe benefit contributions owed Plaintiffs through May, 2004 and continues to owe contributions for all subsequent months;

2. In an attempt to further their settlement discussions, counsel for the parties have conferred on multiple occasions regarding means by which the Defendant could pay down the total amount in contributions it owes Plaintiffs;

3. Defendant has informed Plaintiffs' counsel that one of the contractors for which it recently worked has indicated that it would provide Defendant with a check by December 3, 2004 which Defendant believes would be sufficient to pay a large portion of the balance of the contributions it owes Plaintiffs;

4. As such, counsel for both parties believe that it is appropriate and desirable to devote additional time and effort to attempting to resolve this matter without further litigation; and

5. Accordingly, the parties respectfully request that the Court continue to stay this matter for another thirty days, or until December 30, 2004, at which time the parties will notify the Court of the status of this matter.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

_____
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

2

WALTON SYSTEMS INTERNATIONAL, INC.,

By their attorney,

*Edmund M. Hurley / GG*

Edmund M. Hurley, Esquire
BBO #245320
Hurley & Howard, P.C.
15 Court Square
Suite #320
Boston, MA 02108
(617) 248-0240

Dated: November 30, 2004

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Status Report has been served by first class mail upon the defendant's attorney Edmund M. Hurley at 15 Court Square, Suite #320, Boston, MA 02108 this 30th day of November, 2004.

*Gregory C. Geiman*
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 03-116/statusrpt.doc

3