UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs vs. WALTON SYSTEMS INTERNATIONAL, INC., Defendant | C.A. No. 03-12323 RGS |

## STATUS REPORT

Pursuant to this Court's December 2, 2004 Order staying the above-captioned matter for an additional 30 days, Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al and Defendant Walton Systems International, Inc. jointly submit this Status Report:

1. Defendant has remitted fringe benefit contributions owed Plaintiffs through June, 2004 and continues to owe contributions for all subsequent months;

2. In an attempt to further their settlement discussions, counsel for the parties have conferred on multiple occasions regarding means by which the Defendant could pay down the total amount in contributions it owes Plaintiffs;

3. Defendant has informed Plaintiffs' counsel that it plans to pay its July and August, 2004 fringe benefit contributions within the next couple of days;

4. As such, counsel for both parties believe that it is appropriate and desirable to devote additional time and effort to attempting to resolve this matter without further litigation, as there is no dispute over liability; and

5. Accordingly, the parties respectfully request that the Court continue to stay this matter for another sixty days, or until February 28, 2005, at which time the parties will notify the Court of the status of this matter.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208


WALTON SYSTEMS INTERNATIONAL, INC.,

By their attorney,

/s/ Edmund M. Hurley
Edmund M. Hurley, Esquire

2

                        BBO #245320  
                        Hurley & Howard, P.C.  
                        15 Court Square  
                        Suite #320  
                        Boston, MA  02108  
                        (617) 248-0240

Dated: December 30, 2004

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the above Status Report has been served by first class mail upon the defendant's attorney Edmund M. Hurley at 15 Court Square, Suite #320, Boston, MA  02108 this 30th day of December, 2004.

                        /s/ Gregory A. Geiman  
                        Gregory A. Geiman, Esquire

GAG/gag&ts  
ARS 3118 03-116/statusrpt3.doc