UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>　　　　　　　　　Plaintiffs<br><br>vs.<br><br>WALTON SYSTEMS INTERNATIONAL, INC.,<br>　　　　　　　　　Defendant | C.A. No. 03-12323 RGS |

## STATUS REPORT

Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, et al herein advise this Court that, despite diligent efforts, the parties to the above-captioned matter have been unable to settle their dispute.  As a result, the Plaintiffs wish to proceed with the litigation of this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LOUIS G. RASETTA and JOHN J.
　　　　　　　　　　　　　　　　　　　　SHAUGHNESSY, as they are TRUSTEES,
　　　　　　　　　　　　　　　　　　　　INTERNATIONAL UNION OF
　　　　　　　　　　　　　　　　　　　　OPERATING ENGINEERS LOCAL 4
　　　　　　　　　　　　　　　　　　　　HEALTH AND WELFARE FUND, et al,

　　　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　　　/s/ Gregory A. Geiman

                                                Anne R. Sills, Esquire
                                                BBO #546576
                                                Gregory A. Geiman, Esquire
                                                BBO #655207
                                                Segal, Roitman & Coleman
                                                11 Beacon Street
                                                Suite #500
                                                Boston, MA  02108
                                                (617) 742-0208

Dated:  February 28, 2005

## CERTIFICATE OF SERVICE

       This is to certify that a copy of the above Status Report has been served by first class mail upon the defendant's attorney Edmund M. Hurley at 15 Court Square, Suite #320, Boston, MA  02108 this 28th day of February, 2005.

                                                /s/ Gregory A. Geiman
                                                Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 03-116/statusrpt4.doc