UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA, ET AL

    V.                                CIVIL ACTION NO. 03-12323-RGS

WALTON SYSTEMS INTERNATIONAL, INC.

# AMENDED SCHEDULING ORDER

**STEARNS, DJ.**                                                              **MARCH 3, 2005**

THE STAY OF THE ABOVE-CAPTIONED ACTION HAS BEEN LIFTED BY THE COURT AS PARTIES HAVE BEEN UNABLE TO SETTLE THEIR DISPUTE. THIS COURT, THEREFORE, ISSUES THE FOLLOWING "AMENDED SCHEDULING ORDER":

1. Amendments to pleadings (if any) shall be filed by May 2, 2005

2. All fact discovery shall be completed by June 3, 2005;

3. Expert discovery shall be completed by August 5, 2005;

4. Dispositive motions shall be filed by September 12. 2005, with responses due by September 26, 2005.

NO extensions will be granted by the Court except for good cause shown.

SO ORDERED.

                                                                  RICHARD G. STEARNS
                                                                  UNITED STATES DISTRICT JUDGE

                BY:

                                               /s/ Mary H. Johnson
                                                 **Deputy Clerk**