# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,    C.A. No. 03-12323 RGS
    Plaintiffs


vs.

WALTON SYSTEMS INTERNATIONAL, INC.,
    Defendant

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Now come the Plaintiffs, William Ryan and John J. Shaughnessy, as they are Trustees,

International Union of Operating Engineers Local 4 Health and Welfare Fund, et al, and

respectfully move this Court, pursuant to Rule 56 Fed.R.Civ.P., for Entry of Summary Judgment

in their favor, holding Walton Systems International, Inc. ("Walton") liable for the $24,058.93 in

unpaid fringe benefit contributions and dues that it owes the Funds, together with interest,

liquidated damages, attorneys' fees and costs as follows:

| | | |
|---|---|---|
| A. | Principal owed to the Funds; | $24,058.93 |
| B. | Prejudgment interest on unpaid contributions as mandated by 29 U.S.C. §1132(g)(2)(B), if contributions were paid in full by April 30, 2005; | $881.37 |
| C. | Interest on late-paid contributions; | $8,858.56 |
| D. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C); and | $881.37 |
| E. | Attorneys' Fees and costs as mandated by §1132(g)(2)(D) | $5,226.82 |
| | TOTAL | $39,907.05 |

As grounds for this request, Plaintiffs state that, as set forth in the Complaint and in the Memorandum and Affidavits submitted herewith, there is no dispute of material fact and Walton is liable to Plaintiff Funds in the amounts set forth above, as a matter of law, pursuant to 29 U.S.C. §§1132 (g) and 1145.

WHEREFORE, plaintiffs request that Summary Judgment enter in their favor in the amount of $39,907.05.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman

11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  May 13, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Motion for Summary Judgment in this matter he spoke with Walton Systems' Edmund M. Hurley, Esquire and the parties attempted in good faith to resolve or narrow the issue.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion for Summary Judgment has been served by first class mail upon the defendant's attorney Edmund M. Hurley at Hurley & Howard, P.C., 15 Court Square, Suite #320, Boston, MA  02108 this 13th day of May, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 03-116/motsumjudg.doc