UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>WALTON SYSTEMS INTERNATIONAL, INC., Defendant | C.A. No. 03-12323 RGS |

**AFFIDAVIT OF ANNE R. SILLS**

1. My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the International Union of Operating Engineers Employee Benefit Funds by Walton Systems International, Inc. since on or about April 1, 2003. Since that date, we have incurred legal fees of $4,978.00 and costs of $248.82.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13th DAY OF MAY, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Affidavit has been served by first class mail upon the defendant's attorney Edmund M. Hurley at Hurley & Howard, P.C., 15 Court Square, Suite #320, Boston, MA 02108 this 13th day of May, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 03-116/affsills.doc